United States Courts
Southern District of Texas
FILED

*March 19th, 2026*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CRIMINAL NO.**4:26-cr-147** |
| | § | |
| QUENTIN EUGENE MAYES, | § | |
| JOHNNIE LEE CHATMON, and | § | |
| ANTHONY JERMAINE MEANS, | § | |
| Defendants. | § | |

INDICTMENT

The Grand Jury charges:

**COUNT ONE:**

CONSPIRACY TO POSSESS WITH INTENT TO DELIVER
A CONTROLLED SUBSTANCE

On or about at least June 11, 2025 to at least August 26, 2025, in the Southern District of Texas and elsewhere, the defendants,

QUENTIN EUGENE MAYES,
JOHNNIE LEE CHATMON, and
ANTHONY JERMAINE MEANS,

knowingly and intentionally combined, confederated, conspired, and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to commit the offense of Possession with Intent to Distribute a Controlled Substance. This violation involved a quantity of 5 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, and a quantity of cocaine, its salts, optical and

geometric isomers and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1), 841(b)(1)(B)(viii), (b)(1)(C) and 846.

### **COUNT TWO:**

POSSESSION WITH INTENT TO DELIVER
A CONTROLLED SUBSTANCE

On or about June 11, 2025, in the Southern District of Texas and elsewhere, the defendant,

QUENTIN EUGENE MAYES,

did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a quantity of 5 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT THREE:

POSSESSION WITH INTENT TO DELIVER
A CONTROLLED SUBSTANCE

On or about June 24, 2025, in the Southern District of Texas and elsewhere, the defendant,

JOHNNIE LEE CHATMON,

did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a quantity of cocaine, its salts, optical and geometric isomers and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(C).

## **COUNT FOUR:**

### POSSESSION WITH INTENT TO DELIVER
### A CONTROLLED SUBSTANCE

On or about August 19, 2025, in the Southern District of Texas and elsewhere, the defendant,

JOHNNIE LEE CHATMON,

did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a quantity of cocaine, its salts, optical and geometric isomers and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(C).

## **COUNT FIVE**:

### POSSESSION WITH INTENT TO DELIVER
### A CONTROLLED SUBSTANCE

On or about August 26, 2025, in the Southern District of Texas and elsewhere, the defendant,

ANTHONY JERMAINE MEANS,

did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a quantity of cocaine, its salts, optical and geometric isomers and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(C).

### COUNT SIX:

<u>USING AND CARRYING A FIREARM DURING AND
IN RELATION TO A DRUG TRAFFICKING CRIME</u>

On or about August 26, 2025, in the Houston Division of the Southern District of Texas, the defendant,

ANTHONY JERMAINE MEANS,

did knowingly, and in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute a Controlled Substance as charged in this indictment, possess a firearm.

In violation of Title 18, United States Code, § 924(c)(1)(A)(i).

## NOTICE OF CRIMINAL FORFEITURE

### (21 U.S.C. § 853(a))

Pursuant to Title 21, United States Code, Section 853(a), the United States of America gives notice to Defendants,

QUENTIN EUGENE MAYES,
JOHNNIE LEE CHATMON, and
ANTHONY JERMAINE MEANS,

that upon conviction of an offense in violation of Title 21, United States Code, § 841 as set out in Counts 1 through 5 of this Indictment, the following is subject to forfeiture:

1) all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation;

and

2) all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3) Including but not limited to:

   - a Taurus model PG2 9mm pistol, serial number TJT02992.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY


JOHN G.E. MARCK
Acting United States Attorney


*Richard D. Hanes*
RICHARD D. HANES
Assistant United States Attorney
Southern District of Texas