USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

## HOUSTON DIVISION

USAO Number: 2026R04575

Magistrate Number:

CRIMINAL INDICTMENT

United States Courts
Southern District of Texas
FILED

Filed **March 19th, 2026**

Nathan Ochsner, Clerk of Court

No. **4:26-cr-147**

Judge: **Hanen**

**ATTORNEYS:**

UNITED STATES of AMERICA

vs.

| | Appt'd | Private |
|---|---|---|
| **JOHN G.E. MARCK, A/USA** — **(713) 567-9000** | | |
| **RICHARD D. HANES, AUSA** — (713) 567-9375 | | |
| QUENTIN EUGENE MAYES, (Cts. 1-2) | ☐ | ☐ |
| JOHNNIE LEE CHATMON (Cts. 1, 3-4) and | ☐ | ☐ |
| ANTHONY JERMAINE MEANS (Cts. 1, 5-6) | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 6 )

Ct. 1: Conspiracy to Possess with Intent to Deliver a Controlled Substance [21 USC §§ 841(a)(1), 841(b)(1)(B)(viii), 841(b)(1)(C) and 846]

Ct. 2: Possession with Intent to Deliver a Controlled Substance [21 USC §§ 841(a)(1) and 841(b)(1)(B)(viii)]

Cts. 3-5: Possession with Intent to Deliver a Controlled Substance [21 USC §§ 841(a)(1) and 841(b)(1)(C)]

Ct. 6: Using and Carrying a Firearm During and in Relation to a Drug Trafficking Crime [18 USC § 924(c)(1)(A)(i)]

**PENALTY:**

Cts. 1-2: Not less than 5 years up to 40 years imprisonment, up to $5,000,000 fine, not less than 4 years supervised release, $100 SA.

Cts. 3-5: Up to 20 years imprisonment, up to $1,000,000 fine, not less than 3 years supervised release, $100 SA.

Ct. 6: Not less than 5 years to life, up to $250,000 fine, 5 years supervised release, $100 SA.

☐ In Jail

☐ On Bond

☑ No Arrest  At Large - All

NAME & ADDRESS
of Surety:

## PROCEEDINGS: