UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | §  CRIMINAL NO: **4:26-cr-147** |
| v. | § |
| | § |
| QUENTIN EUGENE MAYES | § |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A     CRIMINAL INDICTMENT     has been returned against the defendant listed

below.

It is ORDERED that a warrant be issued for the arrest of said defendant.  Upon arrest and

appearance, a judicial determination shall be made as to detention or release on conditions.  The

United States Government recommends to the Court the following:

Defendant

QUENTIN EUGENE MAYES

☑ DETENTION

◻ RELEASED ON CONDITIONS

☐ APPEARANCE BOND IN THE
    AMOUNT OF: $

SIGNED at Houston, Texas, on     March 19th     , 2026     .


UNITED STATES MAGISTRATE JUDGE